EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOSÉ DESCARTES, acusado y apelante.

Núm. 6521.—*Sometido:* Mayo 19, 1937.  *Resuelto:* Mayo 28, 1937.

*E. Pérez Casalduc*, abogado del apelante; *R. A. Gómez, Fiscal*, y *Luis Janer, Fiscal Auxiliar*, abogados de El Pueblo, apelado.

El Juez Asociado Señor Hutchison emitió la opinión del tribunal.

El alegato del apelante no contiene señalamiento de errores. En cambio éste presenta ahora una excepción perentoria a la acusación y alega que ésta no aducía hechos suficientes para imputar un delito público.

El primer fundamento de la excepción es que no se demuestra que el delito fuera cometido con anterioridad a la fecha de la acusación. Ésta fué suscrita y jurada por el fiscal de distrito el 7 de septiembre de 1934. Usando el tiempo pasado del verbo, imputa un delito de falsificación "cometido" en la forma que en ella se describe. Entonces la acusación especifica que con posterioridad a noviembre 7, 1932, Descartes "imitó" y falsificó" ciertas firmas. Esto bastaba para demostrar que el delito se había cometido "en época anterior a la fecha de la presentación de la acusación."

Véase el inciso 5 del artículo 82 del Código de Enjuiciamiento Criminal.

El segundo fundamento de la excepción es que se acusa a José Descartes de haber imitado y falsificado la firma de Descartes & Maldonado con la intención de defraudar a la casa comercial de Descartes & Maldonado, y nada hay que revele que Descartes & Maldonado sea persona o entidad distinta al propio acusado, o que sea una corporación o sociedad. Descartes & Maldonado se describe como una "casa comercial". Si José Descartes hacía negocios como una persona particular bajo la razón social de Descartes & Maldonado o si era un socio o administrador general y como tal estaba autorizado para endosar cheques pagaderos a Descartes & Maldonado, ello era cuestión de defensa. No tenemos ante nos la transcripción de evidencia ni la exposición del caso. En la corte de distrito la acusación no fué

excepcionada. El defecto de que ,ahora se queja el acusado pudo haber sido subsanado por la prueba. No podemos convenir con el apelante en que la acusación deja de imputar un delito público. Véanse: 26 C. J. 934, sec. 75, 77; *People v. Thal,* 61 Cal. App. 48, 53; *People v. Gatewood,* 20 Cal 147.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Señor Córdova Dávila no intervino.